JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DERRICK LEE SLEDGE, | Case No. CV 10-2081-CAS(AJW) |
| Petitioner, | |
| v. | |
| | JUDGMENT |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 14, 2010

_____
Cristina A. Snyder
United States District Judge